**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2192**

ELIZABETH CAROL HARVEY,

        Petitioner - Appellant,

    v.

COMMISSIONER OF INTERNAL REVENUE,

        Respondent - Appellee.

Appeal from the United States Tax Court.  (Tax Court No. 016950-15 L)

Submitted:  March 10, 2020                Decided:  March 12, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Elizabeth Carol Harvey, Appellant Pro Se.  Bruce R. Ellisen, Regina Sherry Moriarty, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Carol Harvey appeals the tax court's order granting summary judgment in favor of the Commissioner of Internal Revenue on her petition challenging the Commissioner's notice of determination sustaining a proposed levy to collect delinquent penalties assessed against Harvey. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *Harvey v. Comm'r of Internal Revenue*, Tax Ct. No. 016950-15 L (T.C. July 19, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*